IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-01379-CNS-STV

DAVID KNELLINGER, and
ROBERT STOREY,

    Plaintiffs,

v.

DAVID YOUNG in his individual and official capacities as Colorado State Treasurer, Colorado Office of Treasury, and
BIANCA GARDELLI, in her individual and official capacities as Director of Colorado Department of Treasury, Unclaimed Property Division,

    Defendants.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the ORDER of U.S. District Judge Charlotte N. Sweeney issued on January 6, 2023, [ECF No. 43] it is

ORDERED that the defendants' Motions to Dismiss [ECF No. 31] is GRANTED. It is

FURTHER ORDERED that the plaintiffs' claims are DISMISSED WITHOUT PREJUDICE. It Is

FURTHER ORDERED that this case is closed.

Dated at Denver, Colorado this 6th day of January, 2023.

                                FOR THE COURT:
                                JEFFREY P. COLWELL, CLERK

                      By:  s/   J. Dynes
                                J. Dynes,
                                Deputy Clerk